UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    **CV 22-02025-MWF (JPRx)**                    Dated: **October 3, 2022**

Title:        **HUI CAI, et al. v. CMB EXPORT, LLC**

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Damon Berry (video) | Amy Diaz (video) |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

Randolph Gaw (video)                                             Kenneth J. Joyce (video)


PROCEEDINGS:    **MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT [34] [ZOOM HEARING]**


The Court issued its tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   DBE
: 15 min