# EXHIBIT B

**From:** Victor Meng
**Sent:** Tuesday, February 20, 2024 3:03:01 PM
**To:** Joyce, Ken Schwartz, Stacy Leifer, Bryan Grimaldi, Michael Esser, Nicholas
**Cc:** Randolph Gaw Mark Poe
**Subject:** [EXT] Hui Cai et al v. CMB: conference of counsel re punitive damages
**Importance:** Normal
**Sensitivity:** None

Counsel,
Based on the evidence that Plaintiffs have obtained in discovery, and which they had no access to previously, Plaintiffs intend to request punitive damages against CMB. Plaintiffs previously did not request punitive damages because they did not have sufficient evidence to allow them to make that allegation in good faith.
Ninth Circuit precedent allows Plaintiffs to add the punitive damages request via the Pretrial Conference Order, which will supersede the complaint. If possible, Plaintiffs would rather avoid motion practice and yet another amendment of the complaint. Please let us know if CMB will stipulate to Plaintiffs later adding the punitive damages request via the PTCO. If not, please let us know when you are available for a conference of counsel for a motion for leave to amend to add that relief.

Thanks,
Victor


Victor Meng
Gaw | Poe LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Direct: 415.895.0862
Main: 415.766.7451
Fax: 415.737.0642