# EXHIBIT C

**From:** Victor Meng
**Sent:** Friday, February 23, 2024 12:28:44 PM
**To:** Esser, Nicholas Randolph Gaw Mark Poe
**Cc:** Joyce, Ken Schwartz, Stacy Leifer, Bryan
**Subject:** [EXT] RE: Cai-Hui/CMB -- Proposed Extension Dates and Depositions
**Importance:** Normal
**Sensitivity:** None

Hi Nicholas,
Plaintiffs will not stipulate to amending the scheduling order.
Regarding scheduling depositions, FRCP 30(a)(2) requires leave of court for a party to take more than 10 depositions.  If CMB will identify up to four specific plaintiffs that it wishes to depose, we will inquire as to their availability.

We have reproduced the WeChat log in PDF format.  CMB can access it through the same link and password that Randy circulated on February 16.

Thanks,
Victor


Victor Meng
Gaw | Poe LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Direct: 415.895.0862
Main: 415.766.7451
Fax: 415.737.0642


**From:** Esser, Nicholas <Nicholas.Esser@lewisbrisbois.com>
**Sent:** Thursday, February 22, 2024 2:12 PM
**To:** Victor Meng <vmeng@gawpoe.com>; rgaw@gawpoe.com; Mark Poe <mpoe@gawpoe.com>
**Cc:** Joyce, Ken <Ken.Joyce@lewisbrisbois.com>; Schwartz, Stacy <Stacy.Schwartz@lewisbrisbois.com>; Leifer, Bryan <Bryan.Leifer@lewisbrisbois.com>
**Subject:** Cai-Hui/CMB -- Proposed Extension Dates and Depositions

Good afternoon Victor,

As we discussed during our call, please find attached Defendant's proposed dates for amending the scheduling order:

|   | **Original Date** | **Proposed Extension** |
|---|---|---|
| Non-expert Discovery Cut-off | April 5, 2024 | August 5, 2024 |
| Expert Disclosure (Initial) | March 22, 2024 | July 29 2024 |
| Expert Disclosure (Rebuttal) | April 12, 2024 | August 12, 2024 |
| Expert Discovery Cut-off | May 3, 2024 | September 2, 2024 |
| Last Day to Hear Motions | May 6, 2024 | Sept 6, 2024 |

| | | |
|---|---|---|
| Last Day to Conduct ADR Proceeding | May 24, 2024 | Sept 27, 2024 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | July 1, 2024 | November 1, 2024 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions | July 8, 2024 | November 8, 2024 |
| Final Pretrial Conference and Hearing on Motions in Limine | July 22, 2024 at 11 am | December 2024 |
| Trial Date (Est. 10 to 14 days) | August 13, 2024 at 8:30 am | January 2025 |

Additionally, we are going to proceed at this point by seeking deposition dates for all remaining plaintiffs. Please identify which plaintiffs will need translators. We will agree to take depositions by zoom where mutually convenient, but reserve our right to take the depositions in-person where appropriate.

Thank you and regards,



**Nicholas Esser**
**Attorney**
Nicholas.Esser@lewisbrisbois.com

**T: 954.302.4144 F: 954.678.4090**

110 S.E. 6th Street, Suite 2600, Fort Lauderdale, FL 33301 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified 2022-2023  Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.