# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HUI CAI,, et al.<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CMB EXPORT LLC,<br><br>　　　　Defendant. | Case No. 2:22-CV-02025 MWF (JPR)<br><br>Hon. Michael W. Fitzgerald<br><br>**[PROPOSED] ORDER**<br><br>Discovery Cutoff:　April 5, 2024<br>Pretrial Conference:　July 22, 2024<br>Trial Date:　Aug. 13, 2024 |

Having read and considered all papers submitted in support of and, if any, in opposition to Defendant CMB EXPORT LLC's Motion to Modify Scheduling Order, and good cause appearing therefor, Defendant's request is GRANTED.

The Scheduling Order is amended as follows:

**Date**

|   |   | | |
|---|---|---|---|
| 1. | Non-expert Discovery Cut-off | April 5, 2024 | August 5, 2024 |
| 2. | Expert Disclosure (Initial) | March 22, 2024 | Unchanged |
| 3. | Expert Disclosure (Rebuttal) | April 12, 2024 | August 12, 2024 |
| 4. | Expert Discovery Cut-off | May 3, 2024 | September 2, 2024 |
| 5. | Last Day to Hear Motions | May 6, 2024 | September 6, 2024 |

| | | | |
|---|---|---|---|
| 6. | <u>Last Day to Conduct ADR</u> | May 24, 2024 | September 27, 2024 |
| 7. | <u>File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding Disputed Instructions and Verdict Forms, and file oppositions</u> | July 1, 2024 | November 1, 2024 |
| 8. | <u>Lodge Pretrial Conference Order, File agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions</u> | July 8, 2024 | November 8, 2024 |
| 9. | <u>Final Pretrial Conference and Hearing on Motions in Limine</u> at 11 a.m. | July 22, 2024 | December 2024 |
| 10. | <u>Trial Date (Est. 10 to 14 days)</u> at 8:30 a.m. | August 13, 2024 | January 2025 |

IT IS SO ORDERED.

DATE: March___, 2024

_____
Hon. Michael W. Fitzgerald

# CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024, a true and correct copy of the foregoing **[PROPOSED] ORDER** was filed electronically with the Clerk of the Court using the CM/ECF System.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed on the CM/ECF System. Parties may access this filing through the Court's electronic filing system.

DATE:  March 11, 2024

By: _*s/Nicholas H. Esser*_
NICHOLAS H. ESSER
Attorneys for CMB EXPORT LLC, DEFENDANT