FILED
CLERK, U.S. DISTRICT COURT

NOV 21 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI CAI, and other limited partners of CMB Infrastructure Group VII, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> CMB EXPORT LLC, a limited liability company, <br><br> Defendants. | Case No. 2:22-cv-02025-MWF (JPRx) <br><br> The Hon. Michael W. Fitzgerald <br> United States District Judge <br><br> **VERDICT FORM – CLAIMS BASED ON THE SECOND LOAN MODIFICATION** |

We the jury unanimously find as follows:

1. Did Plaintiffs prove that Defendant CMB Export LLC ("CMB") breached its fiduciary duty of loyalty in connection with the Second Loan Modification? (Instruction No. 19).

Yes _____          No _✗___

*Please answer Question 2.*

///

-1-

2. Did Plaintiffs prove that Defendant CMB breached its fiduciary duty of good faith and fair dealing in connection with the Second Loan Modification? (Instruction No. 20).

Yes _____                    No ⨯_____

*If your answers to **either** Question 1 **or** Question 2 (or both) were "Yes," please answer Questions 3 and 4.*

*If your answers to **both** Question 1 and Question 2 were "No," please sign and date this Verdict Form and leave the remaining Questions blank.*

3. Did Defendant CMB prove that the Second Loan Modification was objectively fair and reasonable to Plaintiffs?  (Instruction No. 23).

Yes _____                    No _____

*Please answer Question 4.*

///
///
///
///
///
///
///
///
///
///
///
///

4.  Did Plaintiffs prove that they did not discover Defendant CMB's alleged wrongful acts or omissions, and did not know of facts that would have caused a reasonable person to suspect Defendant CMB's alleged wrongful acts or omissions, before October 1, 2017?  (Instruction No. 24).

Yes _____          No _____

*If your answer to Question 3 was "No" and your answer to Question 4 was "Yes," please answer Question 5.*

*Otherwise, please sign and date this Verdict Form and leave the remaining Questions blank.*

5.  What amount of damages, if any, do you award to Plaintiffs for Defendant CMB's breach of its fiduciary duties in connection with the Second Loan Modification?  (Instruction No. 25).  Please write the total damages for *__all__* 93 Plaintiffs.

$_____

*If you awarded Plaintiffs more than $0 in response to Question 5, please answer Question 6.*

///
///
///
///
///
///
///

6.  Did Plaintiffs prove by clear and convincing evidence that Defendant CMB should be punished by an award of punitive damages?  (Instruction No. 26).

Yes _____          No _____

*Please sign and date this Verdict Form.*

Dated:  11/21/24          ▇▇▇▇▇▇▇▇▇▇▇▇▇ _____

                          FOREPERSON OF THE JURY