JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI CAI, et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CMB EXPORT LLC<br><br>　　　　Defendant. | **Case No. CV 22-02025-MWF (JPRx)**<br><br>The Honorable Michael W. Fitzgerald, United States District Judge<br><br>**JUDGMENT AFTER TRIAL** |

　　　On April 4, 2024, the Court granted summary adjudication to Defendant CMB Export LLC on Plaintiffs Hui Cai, et al.'s Sixth and Seven Claims for Relief, which sought injunctive and declaratory relief.  On August 8, 2024, the Court granted partial summary adjudication to Plaintiffs Hui Cai, et al. on Defendant CMB Export LLC's First, Third, Fourth, Fifth, and Sixth Affirmative Defenses.  The Court granted in part and denied in part summary adjudication to Plaintiffs Hui Cai, et al. on Defendant's

Second Affirmative Defense, denying summary adjudication as to the Second Loan Modification, but otherwise granting summary adjudication.

The Court left for trial the questions of 1) whether Defendant CMB Export LLC breached its duty of loyalty to Plaintiffs Hui Cai, et al.; 2) whether Defendant CMB Export LLC breached its duty of good faith and fair dealing to Plaintiffs Hui Cai, et al.; 3) whether Defendant CMB Export LLC breached its contract with Plaintiffs Hui Cai, et al.; 4) whether Defendant CMB Export LLC breached the implied covenant of good faith and fair dealing made to Plaintiffs Hui Cai, et al.; and 5) whether Defendant CMB Export LLC was liable to Plaintiffs Hui Cai, et al. for unjust enrichment.  The Court also left for the jury Defendant CMB Export LLC's Second Affirmative Defense, that Plaintiffs Hui Cai, et al., failed to bring their claims premised on the Second Loan Modification within the statute of limitations.  The legal issues (damages) were tried to the jury, and the equitable issues (injunctive relief and unjust enrichment) were tried to the Court.

The matter came on regularly for jury trial between November 5, 2024, and November 22, 2024, in Courtroom 5A of this United States District Court.  Plaintiffs Hui Cai, et al., were represented by Randolph Gaw, Esq. and Mark W. Poe, Esq., of Gaw Poe LLP.  Defendant CMB Export LLC was represented by Kenneth J. Joyce, Esq., Craig E. Holden, Esq., and Stacy M. Schwartz, Esq., of Lewis Brisbois Bisgaard and Smith LLP.

A jury of nine persons was regularly empaneled and sworn.  Witnesses were sworn and testified, and exhibits were admitted into evidence.  After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury.  Thereafter, one juror was excused.  The remaining eight jurors deliberated and returned a verdict in pertinent part as follows:

///

Did Plaintiffs prove that Defendant CMB Export LLC ("CMB") breached its fiduciary duty of loyalty in connection with the Second Loan Modification? (Instruction No. 19).

**Yes**_____     **No** __X__

Did Plaintiffs prove that Defendant CMB breached its fiduciary duty of good faith and fair dealing in connection with the Second Loan Modification? (Instruction No. 20).

**Yes**_____     **No** __X__

Did Plaintiffs prove that Defendant CMB breached its fiduciary duty of loyalty in connection with the Bridge Loans issued on of after September 1, 2017? (Instruction No. 19).

**Yes**_____     **No** __X__

Did Plaintiffs prove that Defendant CMB breached its fiduciary duty of good faith and fair dealing in connection with the Bridge Loans issued on or after September 1, 2017? (Instruction No. 20).

**Yes**_____     **No** __X__

Did Plaintiffs prove that Defendant CMB breached the Limited Partnership Agreement? (Instruction No. 21).

**Yes**_____     **No** __X__

Did Plaintiffs prove that Defendant CMB breached the implied covenant of good faith and fair dealing?  (Instruction No. 22).

**Yes**_____          **No**__X___

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. Judgment is entered in favor of Defendant CMB Export LLC, and Plaintiffs Hui Cai, et al., shall take nothing.
2. Consistent with the jury's verdict, no injunction shall issue.
3. Consistent with the jury's verdict, Plaintiffs Hui Cai, et al., shall take nothing in their claim for unjust enrichment.
4. Defendant CMB Export LLC shall recover its costs as provided by law.

Dated:  April 2, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge